■ LENNA M. PURDIE, as Administratrix of the Estate of GEORGE PURDIE, Deceased, Appellant, v. ELLISON INGRAM, Respondent.— Motion by appellant for leave to prosecute appeal as a poor person, granted. The appeal will be heard on a typewritten record and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file two copies of the typewritten record and six copies of her typewritten brief and to serve one copy of each upon respondent, on or before August 20, 1962. On the court's own motion, Allan Sturim, Esq., 125-10 Queens Boulevard, Kew Gardens, N. Y., having consented to serve without compensation (except such as may be allowed by the court) is assigned as counsel to prosecute the appeal. Cross motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT ALLEN, Appellant.— On the call of the calendar, appeal dismissed. Appellant failed to comply with an order of this court, dated February 5, 1962, requiring him to perfect the appeal for the May 1962 Term. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LEHMAN et al., Appellants.— Motion by appellants to vacate oral dismissal of appeals (no order having been entered) on April 2, 1962, granted; dismissal vacated; appeals ordered on the calendar for the October Term, beginning October 1, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER J. RICE, Appellant.— On the call of the calendar, on motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated January 30, 1962, requiring him to perfect the appeal for the May 1962 Term. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL KIMMEL, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion by appellant to vacate order dated April 2, 1962, dismissing his appeal from an order which dismissed a writ of habeas corpus. Motion granted; order vacated; appeal ordered on the calendar for the November Term, beginning October 22, 1962; and appellant's time to perfect the appeal enlarged accordingly. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ JAMES SCORZELLI, an Infant, et al., Respondents, v. HOWARD SOHN et al., Appellants.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated March 28, 1962, requiring them to perfect the appeal for the May 1962 Term. The stay heretofore granted is vacated. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.